**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| CWANE MITCHELL,<br><br>Plaintiff,<br><br>v.<br><br>COOLING & WINTER, LLC; MICHAEL S. SPESKIN; SALVATORE L. SCHIAPPA; and LOUIS R. FEINGOLD,<br><br>Defendants. | Civil Action No.<br>1:23-cv-2555-VMC-LTW |

**ORDER**

This matter is before the Court on the Report & Recommendation ("R&R," Doc. 24) of the Magistrate Judge which recommends that Plaintiff's Motion for Leave to Amend (Doc. 18) be granted in part and denied in part, that Defendants' Motion to Dismiss (Doc. 7) be denied as moot, and that Plaintiff's Motion to Oppose Defendants [*sic*] Motion to Dismiss and Notice Opposing Plaintiff's request for Amendment of Complaint (Doc. 22) be denied as moot.

Under 28 U.S.C. § 636(b)(1)(B), a district court may "designate a magistrate judge . . . to submit to a judge of the court proposed findings of fact and recommendations for the disposition, by a judge of the court, of any [dispositive] motion," including a motion to dismiss for failure to state a claim. A district judge has a duty to conduct a "careful and complete" review of a magistrate judge's

report and recommendation. *Williams v. Wainwright*, 681 F.2d 732, 732 (11th Cir. 1982) (per curiam) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 408 (5th Cir. Unit B 1982)).

If no party files a timely objection to the report and recommendation, the Court reviews the magistrate judge's findings for clear error. *See Lawrence v. Governor of Georgia*, 721 F. App'x 862, 864 (11th Cir. 2018) ("district court reviewed the magistrate judge's findings for clear error, as [plaintiffs] had failed to object to the R & R"); *see also Tauber v. Barnhart*, 438 F. Supp. 2d 1366, 1373–74 (N.D. Ga. 2006). "Clear error review asks if, 'after viewing all the evidence, [the Court is] left with the definite and firm conviction that a mistake has been committed.'" *Anderson v. Dunbar Armored, Inc.*, 678 F. Supp. 2d 1280, 1289 (N.D. Ga. 2009) (quoting *HGI Assocs., Inc. v. Wetmore Printing Co.*, 427 F.3d 867, 873 (11th Cir. 2005)). The Court may then "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

Neither party filed an objection to the R&R. The Court has reviewed the R&R for clear error and finds none. Accordingly, it is

**ORDERED** that the R&R (Doc. 24.) is **ADOPTED.** Plaintiff's Motion for Leave to Amend (Doc. 18) is **GRANTED IN PART and DENIED IN PART** as specified by the R&R. It is

**FURTHER ORDERED** that Defendants' Motion to Dismiss (Doc. 7) and Plaintiff's "Motion to Oppose Defendants [*sic*] Motion to Dismiss and Notice Opposing Plaintiff's Request for Amendment of Complaint" (Doc. 22) are **DENIED as moot**.

Additionally, the R&R recommended that Plaintiff be given fourteen (14) days from the date of this Order adopting the R&R to file an amended complaint correcting the deficiencies identified in the R&R. However, Plaintiff has already filed an Amended Complaint (Doc. 26) and in response, Defendants have filed a Motion to Dismiss (Doc. 28). Thus, the Court will **ADOPT IN PART** this recommendation, and will authorize the filing of Plaintiff's Amended Complaint (Doc. 26). However, Plaintiff is **ORDERED** to respond to Defendants' Motion to Dismiss within fourteen days (14) days from the date of this Order. Plaintiff is warned that a failure to respond could result in dismissal of this case with prejudice.

**SO ORDERED** this 2nd day of November, 2023.

Victoria Marie Calvert
United States District Judge